United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 11-16860-elf
Jorge A. Duran                                                            Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JeanetteG            Page 1 of 2            Date Rcvd: Oct 17, 2016
                              Form ID: 138NEW            Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2016.
db             +Jorge A. Duran,    4160 Orchard Street,    Philadelphia, PA 19124-4604
cr             +Bank of America, N.A. c/o Prober & Raphael, A Law,    20750 Ventura Blvd, Suite 100,
                 Woodland Hills, CA 91364-6207
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:  NATIONSTAR MORTGAGE, LLC.,    PO Box 630267,   Irving, TX  75063)
cr            #+SELECT PORTFOLIO SERVICING, INC, AS SERVICING AGEN,    3815 South West Temple,
                 Salt Lake City, UT 84115-4412
12561593       +Alan B. Liss, Esquire,    1420 Walnut Street, Suite 808,    Philadelphia, PA 19102-4008
12534312       +Bank Of America,    PO Box 15222,   Wilmington, DE 19886-5222
12534313       +Capital One,    PO Box 30281,   Salt Lake City, UT 84130-0281
12942409       +Capital One Bank (USA), N.A.,    PO Box 12907,   Norfolk VA 23541-0907
12534314       +Chase,   PO Box 78148,   Phoenix, AZ 85062-8148
12564920       +Deutsche Bank National Trust Company,    JP Morgan Chase Bank, N.A.,   MAIL CODE: OH4- 7302,
                 3415 Vision Drive,   Columbus, OH 43219-6009
12534315      #+HSBC,   PO Box 5253,   Carol Stream, IL 60197-5253
12638873       +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,   PO Box 12907,
                 Norfolk VA 23541-0907
13144983       +Long Beach Mortgage Loan Trust 2006-WL3,    Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
13498749       +Nationstar Mortgage,    P.O. Box 619094,   Dallas, TX 75261-9094
12534320       +PNC,   2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
12539436       +PNC BANK,    PO BOX 94982,   CLEVELAND, OH 44101-4982
12534319       +Palisades Collection,    Dept. 21377,   PO Box 1259,   Oaks, PA 19456-1259
12561505       +Philadelphia Gas works,    800 W Montgomery Ave, 3F,    Philadelphia, PA 19122-2898,
                 Attn: Bankruptcy Unit
13524970       +Veripro Solutions,Inc.,    PO BOX 3244,   Coppell, TX 75019-9244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Oct 18 2016 02:35:01      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 18 2016 02:34:18
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 18 2016 02:34:53      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2016 02:47:49
                 PRA Receivables Management, LLC,    PO Box 12907,   Norfolk, VA 23541-0907
12584642       +E-mail/Text: bncmail@w-legal.com Oct 18 2016 02:34:41      CANDICA, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
12534318       +E-mail/Text: bkr@cardworks.com Oct 18 2016 02:33:38      Merrick Bank,   10705 S. Jordan Gateway,
                 Suite 200,   South Jordan, UT 84095-3977
12644009        E-mail/Text: bkr@cardworks.com Oct 18 2016 02:33:38      Merrick Bank,
                 c/o Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
13030781       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2016 02:47:48
                 PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
12553309        E-mail/Text: ebn@vativrecovery.com Oct 18 2016 02:34:03      Palisades Collections, LLC,
                 Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Collections, LLC,
                 P.O. Box 40728,    Houston, TX 77240-0728
12740340        E-mail/Text: asobczyk@transportfunding.com Oct 18 2016 02:34:10      Transport Funding,
                 903 East 104th Street, Suite 170,    Kansas City, MO  64131
12534321       +E-mail/Text: asobczyk@transportfunding.com Oct 18 2016 02:34:10      Transport Funding,
                 PO Box 7247-0360,    Philadelphia, PA 19170-0001
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Veripro Solutions,Inc.
12947722*      +Capital One Bank (USA), N.A.,   PO Box 12907,   Norfolk,  VA 23541-0907
12534316*      +HSBC,   PO Box 5253,   Carol Stream, IL 60197-5253
12534317*      +HSBC,   PO Box 5253,   Carol Stream, IL 60197-5253
13166889*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage,    P.O. Box 619096,   Dallas, TX  75261-9741)
12576434      ##+U.S. Bank, National Association, et al,    c/o Bank of America, N.A.,
                 Bk. Dept., Mail Stop CA6-919-01-23,    400 National Way,   Simi Valley, CA 93065-6414
                                                                                   TOTALS: 1, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: JeanetteG              Page 2 of 2                  Date Rcvd: Oct 17, 2016
                              Form ID: 138NEW              Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2016 at the address(es) listed below:

```
          ALAN B. LISS    on behalf of Debtor Jorge A.  Duran bnklaw@aol.com
          ALAN B. LISS    on behalf of Plaintiff Jorge A.  Duran bnklaw@aol.com
          ALAN B. LISS    on behalf of Debtor Mireya  Duran bnklaw@aol.com
          ALAN B. LISS    on behalf of Plaintiff Mireya  Duran bnklaw@aol.com
          ANN E. SWARTZ    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for Long
           Beach Mortgage Trust 2006-WL3 ecfmail@mwc-law.com, ecfmail@mwc-law.com
          DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Deutsche Bank National Trust et al c/o Select
           Portfolio Servicing, Inc. debersole@hoflawgroup.com, bbleming@hoflawgroup.com
          DAVID H. LIPOW    on behalf of Creditor    Select Portfolio Servicing, Inc. bkecf@milsteadlaw.com,
           dlipow@milsteadlaw.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
           for Long Beach Mortgage Trust 2006-WL3 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          STEPHEN M HLADIK    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
           Long Beach Mortgage Trust 2006-WL3 shladik@hoflawgroup.com, debersole@hoflawgroup.com
          THOMAS R. DOMINCZYK    on behalf of Creditor    Transport Funding, LLC
           tdominczyk@mauricewutscher.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC, AS SERVICING
           AGENT wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                             TOTAL: 14
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Jorge A. Duran
     Debtor(s)

Bankruptcy No: 11−16860−elf
Chapter: 13

___

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 10/17/16

102 − 101
Form 138_new