United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jorge A. Duran  
    Debtor

Case No. 11-16860-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: JeanetteG      Page 1 of 1      Date Rcvd: Oct 17, 2016  
                       Form ID: 212      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2016.
db         +Jorge A. Duran,    4160 Orchard Street,    Philadelphia, PA 19124-4604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2016                                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2016 at the address(es) listed below:
        ALAN B. LISS    on behalf of Plaintiff Mireya  Duran bnklaw@aol.com
        ALAN B. LISS    on behalf of Debtor Jorge A.  Duran bnklaw@aol.com
        ALAN B. LISS    on behalf of Plaintiff Jorge A.  Duran bnklaw@aol.com
        ALAN B. LISS    on behalf of Debtor Mireya  Duran bnklaw@aol.com
        ANN E. SWARTZ    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Trust 2006-WL3 ecfmail@mwc-law.com,  ecfmail@mwc-law.com
        DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Deutsche Bank National Trust et al c/o Select Portfolio Servicing, Inc. debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
        DAVID H. LIPOW    on behalf of Creditor    Select Portfolio Servicing, Inc. bkecf@milsteadlaw.com, dlipow@milsteadlaw.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Trust 2006-WL3 bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
        STEPHEN M HLADIK    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Trust 2006-WL3 shladik@hoflawgroup.com,  debersole@hoflawgroup.com
        THOMAS R. DOMINCZYK    on behalf of Creditor    Transport Funding, LLC tdominczyk@mauricewutscher.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
        WILLIAM EDWARD MILLER    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC, AS SERVICING AGENT wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                                                                                                                   TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                                                   Chapter: 13

    Jorge A. Duran

Debtor(s)                                                                             Case No: 11−16860−elf

___

*ORDER*

    AND NOW, 10/17/16 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

    Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

    And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

    ☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form 23) or a request for a waiver from such requirement.

    ☑ A certification regarding domestic support obligations and Section 522(q), (Bankruptcy Form 283);

    If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

 

For The Court

Eric L. Frank

Chief Judge ,United States
Bankruptcy Court

103
Form 212