United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 11-16860-elf
Jorge A. Duran                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: JeanetteG           Page 1 of 1              Date Rcvd: Nov 28, 2016
                             Form ID: 195              Total Noticed: 5

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2016.
db             +Jorge A. Duran,    4160 Orchard Street,    Philadelphia, PA 19124-4604
cr             +Bank of America, N.A. c/o Prober & Raphael, A Law,    20750 Ventura Blvd, Suite 100,
                 Woodland Hills, CA 91364-6207
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: NATIONSTAR MORTGAGE, LLC.,     PO Box 630267,   Irving, TX  75063)
cr            #+SELECT PORTFOLIO SERVICING, INC, AS SERVICING AGEN,    3815 South West Temple,
                 Salt Lake City, UT 84115-4412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 29 2016 01:48:05
                 PRA Receivables Management, LLC,    PO Box 12907,    Norfolk, VA 23541-0907
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Veripro Solutions,Inc.
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2016 at the address(es) listed below:
              ALAN B. LISS    on behalf of Plaintiff Jorge A.   Duran bnklaw@aol.com
              ALAN B. LISS    on behalf of Debtor Mireya   Duran bnklaw@aol.com
              ALAN B. LISS    on behalf of Plaintiff Mireya   Duran bnklaw@aol.com
              ALAN B. LISS    on behalf of Debtor Jorge A.   Duran bnklaw@aol.com
              ANN E. SWARTZ    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for Long
               Beach Mortgage Trust 2006-WL3 ecfmail@mwc-law.com,     ecfmail@mwc-law.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Deutsche Bank National Trust et al c/o Select
               Portfolio Servicing, Inc. debersole@hoflawgroup.com,     bbleming@hoflawgroup.com
              DAVID H. LIPOW    on behalf of Creditor    Select Portfolio Servicing, Inc. bkecf@milsteadlaw.com,
               dlipow@milsteadlaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for Long Beach Mortgage Trust 2006-WL3 bkgroup@kmllawgroup.com,     bkgroup@kmllawgroup.com
              STEPHEN M HLADIK    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Long Beach Mortgage Trust 2006-WL3 shladik@hoflawgroup.com,     debersole@hoflawgroup.com
              THOMAS R. DOMINCZYK    on behalf of Creditor    Transport Funding, LLC
               tdominczyk@mauricewutscher.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,     philaecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC, AS SERVICING
               AGENT wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                              TOTAL: 14
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Jorge A. Duran  : Case No. 11−16860−elf

      Debtor(s)

### *ORDER*
_____

AND NOW, this day , November 28, 2016 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

      By The Court

      Eric L. Frank
      Chief Judge , United States Bankruptcy Court

110
Form 195