**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jorge A. Duran | CHAPTER 13
Debtor(s) |
| BKY. NO. 11-16860 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Trust 2006-WL3, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: AMU)

    Respectfully submitted,

    **/s/Thomas Puleo, Esquire**
    Thomas Puleo, Esquire
    Brian C. Nicholas, Esquire
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 825-6306  FAX (215) 825-6406